COMMONWEALTH of Pennsylvania, Respondent

v.

Evan CASTELLANOS, Petitioner

No. 259 MAL 2017

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Carlos Ramon MATOS, Petitioner

No. 91 EAL 2017

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Donald W. BROWN, Jr., Petitioner

No. 123 EAL 2017

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**